# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOUGLAS,<br><br>         Plaintiff,<br><br>vs.<br><br>MICHAEL SMELOSKY, Warden; et al.,<br><br>         Defendants. | CASE NO. 10 CV 1464 MMA (BGS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>[Doc. No. 14]<br><br>**GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>[Doc. No. 9] |

  Plaintiff Robert Douglas, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Bernard G. Skomal pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3. On November 30, 2010, Defendants Smelosky and Valenzuela filed a motion to dismiss Plaintiff's complaint. [Doc. No. 9.] Plaintiff filed an opposition to Defendants' motion on January 27, 2011. [Doc. No. 12.] On June 17, 2011, Judge Skomal filed a well-reasoned and thorough Report containing findings and conclusions, upon which he bases his recommendation that the Court grant Defendants' motion to dismiss. [Doc. No. 14.] On July 5, 2011, Plaintiff moved to extend the time to file objections to the Report. [Doc. No. 16.] Judge Skomal granted Plaintiff's request, and extended the deadline to file objections until August 15, 2011. [Doc. No. 17.] No objections were filed.

1   Where, as here, the case has been referred to the magistrate judge pursuant to 28 U.S.C. §
2   636, a district judge "may accept, reject, or modify the recommended disposition." Fed. R. Civ. P.
3   72(b); see 28 U.S.C. § 636(b)(1). "[T]he court shall make a *de novo* determination of those
4   portions of the [Report and Recommendation] to which objection is made." 28 U.S.C. §
5   636(b)(1); *see also* Fed. R. Civ. P. 72(b). "The statute makes it clear that the district judge must
6   review the magistrate judge's findings and recommendations *de novo* if objection is made, but not
7   otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114,1121 (9th Cir. 2003) (en banc).
8   "Neither the Constitution nor the statute requires a district judge to review, *de novo*, findings and
9   recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.
10  Accordingly, a district court is entitled to adopt a magistrate judge's report and recommendation
11  based on the lack of objections. Nonetheless, the Court has conducted a *de novo* review and
12  agrees Defendants' motion to dismiss should be granted.

### CONCLUSION

14  Pursuant to 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of
15  this case. Having carefully reviewed the entire file, the Court finds Judge Skomal's Report and
16  Recommendation to be supported by the record and based on a proper analysis. Accordingly, the
17  Court **ADOPTS** the Report and Recommendation in its entirety and **GRANTS** Defendants'
18  Motion to Dismiss. **IT IS FURTHER ORDERED:**
19  (i)   Plaintiff's claim for relief against Defendant Smelosky is **DISMISSED**
20        **WITHOUT PREJUDICE**, and with leave to amend;
21  (ii)  Plaintiff's claims for damages against all Defendants in their *official* capacities are
22        **DISMISSED WITH PREJUDICE**, and without leave to amend.

27  / / /
28  / / /

(iii) If Plaintiff desires to amend his claim against Defendant Smelosky to remedy the deficiencies identified in the Report, he must file an amended complaint within **thirty (30) days**. If Plaintiff does not file an amended complaint within the time permitted, the only claim that will proceed in this action is his claim against Defendant Valenzuela in his *individual* capacity.[1]

**IT IS SO ORDERED**.

DATED: August 23, 2011

Hon. Michael M. Anello
United States District Judge

---

[1] Defendant Walker has not been served.